USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                          :

UNITED STATES ex rel.                          04 Civ. 3088 (WHP)
TARYN RESNICK,                                 :

                Plaintiff,             :      <u>ORDER</u>

         -against-                      :

WEIL MEDICAL COLLEGE OF       :
CORNELL UNIVERSITY et al.,
                                       :
         Defendants.
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a status conference on February 2, 2010, the following is established on consent of the parties:

        (1) The parties shall identify any experts they intend to use by October 15, 2010;

        (2) All fact discovery shall be completed by November 4, 2010;

        (3) The party having the burden of proof shall serve its expert reports by November 15, 2010;

        (4) Any rebuttal expert reports shall be served by December 6, 2010;

        (5) The parties shall submit a Joint Pre-Trial Order that complies with this Court's individual practices by January 14, 2011;

(6) This Court will hold a final pre-trial conference on January 28, 2011, at 10:00 a.m.

Dated: February 4, 2010
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Timothy McInnis, Esq.
521 Fifth Avenue
Suite 1700
New York, NY 10175-0038
*Counsel for Relator*

Tracey A. Tiska, Esq.
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022
*Counsel for Defendant Weil Medical College of Cornell University*